Joseph A. SHERIDAN, Plaintiff–
Appellant,

v.

Carl MARUIZ, Patricia T. Maruiz, also
known as Patricia Sheridan, Mr. &
Mrs. Maruiz, Defendant(s) Unknown,
Defendants–Appellees.

No. 00–7504.

United States Court of Appeals,
Second Circuit.

Jan. 17, 2001.

Joseph A. Sheridan, Harriman, NY, pro
se.

Present KEARSE, JACOBS, and JOSÉ
A. CABRANES, Circuit Judges.

### SUMMARY ORDER

This cause came on to be heard on the
record from the United States District
Court for the Southern District of New
York, and was argued by plaintiff *pro se.*

ON CONSIDERATION WHEREOF, it
is now hereby ordered, adjudged, and de-
creed that the judgment of said District
Court be and it hereby is affirmed sub-
stantially for the reasons stated in Judge
Kaplan's Order dated March 14, 2000. *See
also Owen Equipment & Erection Co. v.
Kroger,* 437 U.S. 365, 373–74, 98 S.Ct.
2396, 57 L.Ed.2d 274 (1978) (for federal
court to have jurisdiction on the basis of
diversity of citizenship, diversity must be
complete; diversity is not complete if any
plaintiff is a citizen of the same state as
any defendant).

We have considered all of plaintiff's con-
tentions on this appeal and have found
them to be without merit. The judgment
of the district court is affirmed.